UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANWON JERMAINE DARRETT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 1:15-cv-00154-TWP-MPB |
| | ) |
| WENDY KNIGHT, | ) |
| | ) |
| Respondent. | ) |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner, Anwon Darrett.

Darrett's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date:  2/1/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

ANWON JERMAINE DARRETT
978961
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
CARLISLE, IN 47838

All Electronically Registered Counsel